# Court of Appeals
# of the State of Georgia

ATLANTA,  April 22, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1151. ANTHONY BAGGETT v. THE STATE.**

In 2019, Anthony Baggett was convicted of child molestation and unlawful surveillance. The trial court denied Baggett's new trial motion in July 2021. In September 2021, Baggett moved for an out-of-time appeal from the denial of his motion for new trial. The trial court granted Baggett's motion, and he then filed this appeal. We, however, lack jurisdiction.

In *Cook v. State*, the Georgia Supreme Court held that a trial court lacks authority to grant an out-of-time appeal. *Cook v. State*, ___ Ga. ___, ___ (5) (Case No. S21A1270, decided March 15, 2022) (noting that *Cook*'s holding applies "to all cases that are currently on direct review or otherwise not yet final"). Baggett therefore had no right to file a motion for an out-of-time appeal in the trial court; his remedy, if any, lies in habeas corpus. See id. Rather than granting Baggett's motion, the trial court should have dismissed it. See id. Accordingly, the trial court's order granting the motion for out-of-time appeal is hereby VACATED and this case is hereby REMANDED to the trial court, which is DIRECTED to enter an order dismissing the motion for an out-of-time appeal. See *Brooks v. State*, 301 Ga. 748, 752 (2) (804 SE2d 1) (2017) ("Because the trial court decided the merits of the motion it lacked jurisdiction to decide, we vacate the trial court's order and remand with instructions to dismiss.").



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,__04/22/2022_____*

        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ *, Clerk.*